RECEIVED
IN ALEXANDRIA, LA

APR - 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10003/03 |
| -vs- | JUDGE DRELL |
| DERRICK DEMAR TURNER | MAGISTRATE JUDGE KIRK |

## ORDER

Petitioner's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582 will be considered in accord with the protocol established by the Western District of Louisiana's standing orders for handling crack cocaine cases under the statute. Upon completion of review by the Court, and an opportunity to file objections and/or to respond to a proposed action order from the Court, a determination will be made regarding any possible evidentiary hearing.

The Clerk of Court is ordered to furnish a copy of this Order and Petitioner's Motion for Reduction of Sentence to Probation/Pretrial Services and to the United States Public Defender's Office.

SIGNED on this 8th day of April, 2008, at Alexandria, Louisiana.

COPY SENT:
DATE: 4/9/08
BY: _____
TO: USP, USPD

DEE D. DRELL
UNITED STATES DISTRICT JUDGE